ORDERED.

**Dated: January 6, 2026**

_____
Jason A. Burgess
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:25−bk−04543−BAJ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

Craig Philip Faine

_____Debtor*_____/

CONDITIONAL ORDER STRIKING CREDITORS

　　THIS CASE came on for consideration, without hearing, of the Schedule(s) indicate D and E/F filed on December 29, 2025, [Doc. No. 16 ], containing creditors not on the original matrix. The filing fee of $34.00 required pursuant to 28 U.S.C. 1930(b) has not been paid. Accordingly, it is

　　**_ORDERED:_**

　　The Debtor, or counsel for the Debtor, is directed to pay the required filing fee of $34.00 within 14 days of the date of this order. In the event that the filing fee is not paid, Creditors Select Portfolio Servicing, Bridgecrest Auto Finance, Ocala Regional Medical Center shall be deemed stricken. An amendment to schedules with the appropriate filing fee will be required to add the stricken creditors.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.