

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/04/2026 09:30 AM

COURTROOM 4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:25-bk-04543-BAJ | 13 | 12/08/2025 |

Chapter 13

**DEBTOR:** Craig Faine

**DEBTOR ATTY:** NA

**TRUSTEE:** Douglas Neway

**HEARING:**

1. Confirmation Hearing
-Objection to Confirmation of Debtor's Chapter 13 Plan Filed by April Howard on behalf of Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-3 Home Equity Pass-Through Certificates, Series 2007-3 Doc 35
2. Motion to Dismiss Case for Failure to File Documents under Sec 521(i) Proof of Income and Credit Counseling Certificate Filed by Trustee Douglas W Neway Doc 33

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Confirmation Hearing

 CONTINUED TO APRIL 15 @ 9:30 AOCNFN

-Objection to Confirmation of Debtor's Chapter 13 Plan Filed by April Howard on behalf of Creditor U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2007-3 Home Equity Pass-Through Certificates, Series 2007-3 Doc 35


2. Motion to Dismiss Case for Failure to File Documents under Sec 521(i) Proof of Income and Credit Counseling Certificate Filed by Trustee Douglas W Neway Doc 33

 DENIED ORDER TRUSTEE
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being

denied as moot. This docket entry/document is not an official order of the Court.